■ In the Matter of RUBY SAPP, Appellant, v CITY OF NEW YORK HUMAN RESOURCES ADMINISTRATION/DEPARTMENT OF SOCIAL SERVICES, OFFICE OF CHILD SUPPORT ENFORCEMENT, et al., Respondents.—Order and judgment (one paper), Supreme Court, New York County (Israel Rubin, J.), entered on Janu-

ary 5, 1988, unanimously affirmed for the reasons stated by Israel Rubin, J., without costs and without disbursements. Concur—Kupferman, J. P., Carro, Milonas, Rosenberger and Smith, JJ.